# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1769
Lower Tribunal No. F08-8261
_____

**Pleadro J. Scott,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Pleadro J. Scott, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for respondent.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Petitioner Pleadro J. Scott petitioned this Court for a writ of habeas corpus, alleging that his appellate counsel was ineffective during his direct appeal. But his conviction and sentence became final after direct appeal over twelve years ago. See Scott v. State, 114 So. 3d 393 (Fla. 3d DCA 2013); Scott v. State, 123 So. 3d 1147 (Fla. 2013). For this reason, his petition is untimely. See Fla. R. Crim. P. 9.141(d)(5) ("A petition alleging ineffective assistance of appellate counsel on direct review must not be filed more than 2 years after the judgment and sentence become final on direct review unless it alleges under oath with a specific factual basis that the petitioner was affirmatively misled about the results of the appeal by counsel. In no case may a petition alleging ineffective assistance of appellate counsel on direct review be filed more than 4 years after the judgment and sentence become final on direct review.").

Petition dismissed.